ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0266.   State ex rel. Provost v. Indus. Comm.**
Franklin App. No. 02AP–424, 2002-Ohio-7199.